LEWIS, Movant, v. McDONALD, Opposed.

ASSOCIATION, Opposed.

Court of Appeals of Kentucky.

(Decided June 16, 1936.)

McCHESNEY & McCHESNEY for movant.

WILEY MARSHALL opposed.

PER CURIAM.

Appeal denied.   Judgment affirmed.